MARIO SANTINI, Appellant, v. STEAMSHIP TERMINAL OPERATING CORPORATION and DOLLAR STEAMSHIP LINE, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ

JULIAN D. STONE, Appellant, v. MAURICE I. KAMLET, Respondent.— Judgment and order affirmed, with costs. No opinion. Hagarty, Scudder and Davis, JJ., concur; Lazansky, P. J., and Carswell, J., dissent, being of opinion that the case presents a question of fact which shou'd have been submitted to the jury.

UNDERCLIFF REALTY Co., INC., Appellant, v. BROADWAY ESTATES, INC., and GORDON GALLAGHER COMPANY, Respondents, Impleaded with Others, Defendants. —Order denying motion to strike out amended answer of respondents and for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

JOSEPH WAGENHEIM and MEYER GOODMAN, Suing on Their Own Behalf, and on Behalf of All Other Creditors of OCEAN PARKWAY PROPERTIES, INC., Similarly Situated, Respondents, v. OCEAN PARKWAY PROPERTIES, INC., and Others, Defendants, Impleaded with P H & J REALTY Co., INC., and Others, Appellants. — Judgment modified by striking therefrom paragraphs 3 and 4 and, as so modified, unanimously affirmed, with costs to respondents. There was no legal justification for inserting in the judgment the paragraphs struck out. (Civ. Rights Law, § 21.) The judgment directed the payment of a sum of money, which was enforcible by execution under the provisions of the Civil Practice Act, section 504. Failure to pay would not be punishable in contempt proceedings, and whether or not an execution may be had against the person of these defendants upon the return unsatisfied of an execution against property (Civ. Prac. Act, §§ 764, 766) is not a question presented here and is not decided. (See *Meyers* v. *Becker*, 95 N. Y. 486; *Harris* v. *Elliott*, 163 id. 269; *Matter of Hess*, 48 Hun, 586; *Coffin* v. *Coffin*, 161 App. Div. 215; *People ex rel. Sarlay* v. *Pope*, 230 id. 649.) Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.